```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KRISTA V. LOHR                  :       CIVIL ACTION
                                :
          v.                    :
                                :
KIMMEL & SILVERMAN, P.C.,       :
et al.                          :       NO. 10-5857
```

ORDER

AND NOW, this 28th day of April, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)   the motion of defendant Angela Troccoli to dismiss Count X of the complaint for lack of personal jurisdiction is GRANTED;

(2)   the motions of defendants Kimmel & Silverman, P.C., Craig Kimmel, and Robert Silverman to dismiss Counts I, II, III, VII, VIII, and IX of the complaint for failure to state a claim are GRANTED;

(3)   the motions of defendants Kimmel & Silverman, P.C., Craig Kimmel, and Robert Silverman to dismiss the complaint are otherwise DENIED; and

(4)   the motion of plaintiff Krista V. Lohr to strike the affidavit of Matthew A. Porter is DENIED as moot.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                    C.J.