```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KRISTA V. LOHR                    :      CIVIL ACTION
                                  :
        v.                        :
                                  :
KIMMEL & SILVERMAN, P.C.,         :
et al.                            :      NO. 10-5857
```

ORDER

AND NOW, this 14th day of October, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of plaintiff to compel discovery responses (Doc. Nos. 60 and 61) is GRANTED to the extent that it seeks a list of actions handled by the Massachusetts Kimmel & Silverman office from May 2007 until the closing of the office;

(2)  the motion of plaintiff to compel is otherwise DENIED; and

(3)  the cross motion of defendant for a protective order (Doc. No. 66) is GRANTED except as provided in paragraph (1).

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                    J.